# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JERAL DURANT HENDERSON, | § § § § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1702-S-BT |
| DEPARTMENT OF EDUCATION | § § § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 10. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's action will be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

SIGNED October 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**